FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

CAMERON CROW, on his own behalf and on behalf of others similarly situated,

Plaintiff,

v.

THE MICHAELS COMPANIES, INC. doing business as MICHAELS,

Defendant.

No. 1:26-CV-03142-RLP

ORDER GRANTING STIPULATED MOTION REGARDING AMENDMENT OF COMPLAINT

Before the Court is the parties' Stipulated Motion Regarding Amendment of Complaint and Dismissal of the Michaels Companies, Inc. Without Prejudice. ECF No. 12. The Court has reviewed the Stipulated Motion and the record. Pursuant to the parties' Stipulated Motion, and for good cause shown,

**IT IS ORDERED**:

1. The Stipulated Motion, **ECF No. 12**, is **GRANTED**.

2. Plaintiff shall file an amended complaint within fourteen (14) days after entry of this Order. That amended complaint shall name the Michaels Stores, Inc. as a defendant and will drop The Michaels Companies, Inc. as a defendant.

3. Upon filing of the amended complaint, Defendant The Michaels Companies, Inc. is **DISMISSED** from this action without prejudice, with each party bearing its own attorneys' fees and costs in connection with the dismissal.

4. Defendant's pending Motion to Dismiss, **ECF No. 4**, is **STRICKEN** without prejudice to Defendant's ability to maintain its objection to lack of personal jurisdiction if it is sued in Washington again.

5. Michaels Stores, Inc. shall have thirty (30) days from the date Plaintiff files the amended complaint to answer or otherwise respond to the amended complaint, unless otherwise ordered by this Court.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order and provide copies to counsel.

DATED August 18, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE